UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHELLE M. CUDDEBACK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OCWEN LOAN SERVICING, LLC; NORTH CASCADE TRUSTEE SERVICES, INC.; et al<br><br>　　　　Defendants. | NO. 16-CV-00212-RAJ<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S ATTENDANCE AT DEPOSITION AND TO EXTEND CERTAIN CASE DEADLINES**<br><br>[~~Proposed~~] |

THIS MATTER came on regularly upon the Motion to Compel Discovery filed by defendants Ocwen and Deutsche Bank and the Court having considered the records and files herein:

Now therefore, BASED UPON the evidence presented, the Court finds that Defendants' Motion to Compel is **GRANTED**.

BASED UPON the above finding, it is hereby ORDERED, ADJUDGED AND DECREED that:

1.　The parties shall meet and confer to agree upon the date on which Plaintiff Michelle M. Cuddeback will be deposed. Plaintiff is ordered to appear for her deposition on that agreed upon date.

2.　Discovery cut-off is extended to April 15, 2017.

3.　The trial date is extended to August 14, 2017.

//

//

~~PROPOSED~~ ORDER- 1

4. The Court directs the Clerk to enter a new Scheduling Order resetting all related pretrial deadlines.

IT IS SO ORDERED.

DATED: March 17, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

PROPOSED ORDER- 2